JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| AVEDIS DJEREDJIAN, | Case No. CV 20-7397 SVW (GJSx) |
|---|---|
| Plaintiff, | ORDER APPROVING STIPULATION TO REMAND AND DISMISS ACTION |
| vs. | WITHOUT PREJUDICE |
| WILLIAM BARR, Attorney General, et al., | Honorable Stephen V. Wilson United States District Judge |
| Defendants. | |

1

**ORDER**

Having reviewed the Stipulation to Remand and Dismiss Action without Prejudice, and good cause appearing thereof:

IT IS HEREBY ORDERED THAT Plaintiff's N-400 naturalization application shall be remanded to the United States Citizenship and Immigration Services ("USCIS") for adjudication.

IT IS FURTHER ORDERED THAT USCIS shall adjudicate Plaintiff's application for naturalization within thirty (30) days of remand.

IT IS FURTHER ORDERED THAT USCIS may continue any of these deadlines to comply with federal, state, and local work, travel and shelter-in-place restrictions related to the COVID-19 pandemic upon written notice to Plaintiff's counsel.

IT IS FURTHER ORDERED THAT this action will be dismissed in its entirety without prejudice.

IT IS FURTHER ORDERED THAT each party will bear his, her or its own attorney's fees, costs and expenses.

DATED: October 28, 2020                    _____

                                                HONORABLE STEPHEN V. WILSON
                                                UNITED STATES DISTRICT JUDGE